1   AARON D. FORD
      Attorney General
2   ROBERT DELONG, Bar No. 10022
      Deputy Attorney General
3   State of Nevada
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, Nevada 89701-4717
    Tel: (775) 684-1120
6   E-mail: rdelong@ag.nv.gov

7   *Attorneys for Defendants, Francisco Bautista,*
    *James Donnelly, Ray East,*
8   *Shari Kassebaum, Ramon Olivas,*
    *Scott Steinheimer, and Roger Terance*
9

10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13   CHIOKE GADSDEN,

14                         Plaintiff,          Case No.  3:17-cv-00728-MMD-CBC

15   v.                                        **MOTION TO EXTEND STAY**
                                                    **(First Request)**
16   SHARI KASSEBAUM, et al.,

17                         Defendants.

18         Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants, Francisco Bautista, James Donnelly, Ray East,

19   Shari Kassebaum, Ramon Olivas, Scott Steinheimer, and Roger Terance, by and through counsel, Aaron

20   D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General,

21   hereby move to have the stay in this matter, and the requirement to file a 90-day stay report, extended

22   until seven days after completion of the early mediation conference. This Court entered an Order (ECF

23   No. 10) on November 8, 2018. The Order stayed the matter for 90 days and referred the matter to the

24   Court's Inmate Early Mediation Program. The 90-day stay is set to expire today, February 6, 2019. An

25   early mediation conference has been set for Tuesday, March 26, 2019, at 2:30 p.m., in Courtroom

26   Number One. (ECF No. 12.)

27   / / /

28   / / /

                                                1

1       Accordingly, Defendants respectfully request that this Court stay the matter, and the requirement

2   to file a 90-day report, until seven days after the early mediation conference is completed.

3       DATED this 6th day of February, 2019.

4                                           AARON D. FORD
                                            Attorney General
5

6                                           By: _____

7                                               ROBERT W. DELONG
                                                Deputy Attorney General
8                                               Bureau of Litigation
                                                Public Safety Division
9

10                                          *Attorneys for Defendants*

11

12

13                                          IT IS SO ORDERED

14
                                            _____
15                                          U.S. MAGISTRATE JUDGE

                                            DATED: 2/11/2019
16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of February, 2019, I caused a copy of the foregoing, **MOTION TO EXTEND STAY (First Request)**, to be served by U.S. District Court CM/CFE Electronic Filing on the following:

Chioke Gadsden #56736
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3