AARON D. FORD
  Attorney General
MARY ANNE MARTIN, Bar No. 13267
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1256
E-mail: MBMartin@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Francisco Bautista, James Dzurenda,*
*James Donnelly, Ray East, Shari Kassebaum,*
*Ramon Olivas, Scott Steinheimer, and Roger Terance*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHIOKE GADSDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>SHARI KASSEBAUM, et al.,<br><br>        Defendants. | Case No. 3:17-cv-00728-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE LIMITED DISCOVERY** |

    Defendants, Renee Baker, Francisco Bautista, James Dzurenda, Ray East, James Donnelly, Shari Kassebaum, Ramon Olivas, Scott Steinmeimer, and Roger Terance, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General, hereby stipulate and agree that the time for discovery should be extended by fifty days to May 29, 2020.

    The purpose of the Stipulation is to allow Plaintiff additional time to propound one request for production of documents (RFPD) upon a single Defendant. The original discovery deadline in this case was September 9, 2019. ECF No. 20. The discovery deadline was extended to April 9, 2020 by this Court's Order (ECF No. 30). To date, there has been no discovery propounded upon Plaintiff; Defendants have responded to multiple discovery requests.

    On February 18, 2020, Plaintiff improperly propounded an RFPD upon "Defendants," which was returned to Plaintiff on March 20, 2020 for lacking a certificate of service and not being addressed to a party. ECF No. 34 at 9. Deputy Attorney General (DAG) Martin was new to the Office of the Attorney General (OAG) at the time Plaintiff's RFPD was received in February 2020, and accepts

1

1 responsibility for the fact that Plaintiff's RFPD should have been more promptly rejected and returned
2 to Plaintiff so that he could timely propound the RFPD upon a particular Defendant.
3    On March 23, 2020 Plaintiff filed a Motion to Extend Discovery (Second Request) Video-
4 Conference Hearing Requested. ECF No. 34. On Friday, April 3, 2020 DAG Martin called Plaintiff
5 Gadsen at the Lovelock Correctional Center to attempt to resolve the discovery dispute through a "meet
6 and confer." In light of the OAG's delay in returning the February 18, 2020 RFPD to Plaintiff, the
7 parties agree that good cause exists for additional time for limited discovery. Namely, Plaintiff has
8 agreed to respond to one set of discovery requests (either requests for admissions, interrogatories, or
9 RFPD) propounded on him. In exchange, one Defendant of Plaintiff's choosing will respond to
10 Plaintiff's February 18, 2020 RFPD when Plaintiff properly serves such Defendant with the RFPD.
11 DAG Martin has instructed Plaintiff to include a certificate of service with the RFPD when he
12 propounds it upon one named Defendant and confirmed that Plaintiff is currently in receipt of the
13 returned RFPD.
14    Therefore, the parties stipulate and request an additional fifty days to complete the limited
15 discovery described above. The new discovery cut-off would be **May 29, 2020.**

16    DATED this _6_ day of April, 2020.        DATED this _6_ day of April, 2020.

                                                AARON D. FORD
                                                Attorney General

19 By: _____                  By: _____
     Chioke Gadsen # 56736                          MARY ANNE MARTIN, Bar No. 13267
20   Plaintiff, Pro                                 Deputy Attorney General

                                                *Attorneys for Defendants*

23                                              IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

                                                DATED: April 6, 2020

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of April, 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE LIMITED DISCOVERY,** by U.S. District Court CM/ECF Electronic Filing to:

Chioke Gadsden #56736
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

       /s/Perla M. Hernandez
       An employee of the Office
       of the Attorney General