AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Francisco Bautista, James Donnelly, Ray East, Shari Kassebaum,*
*Ramon Olivas, Scott Steinheimer, and Roger Terance*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHIOKE GADSDEN, <br><br> Plaintiff, <br><br> v. <br><br> SHARI KASSEBAUM, et al., <br><br> Defendants. | Case No. 3:17-cv-00728-MMD-CLB <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff, Chioke Gadsden and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs, if any.

DATED this ___ day of ___, 202_ .    DATED this 22nd day of January, 2021.

AARON D. FORD
Attorney General

By: /s/ Chioke Gadsden               By: /s/ Douglas R. Rands
Chioke Gadsden, #56736                  DOUGLAS R. RANDS, Bar No. 3572
*Plaintiff*                              Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
US DISTRICT JUDGE
DATED: January 25, 2021

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of January, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served by U.S. District Court CM/ECF Electronic Filing on the following:

Chioke Gadsden #56736
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

/s/Perla M. Hernandez
An employee of the
Office of the Attorney General

3